# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 13-cr-00306-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN MURRAY,

    Defendant.

---

## ORDER REGARDING MOTION TO RECUSE

---

Upon review of Defendant's Motion for Recusal (Doc. # 10) and the case file, the Court GRANTS IN PART and DENIES IN PART, as follows:

1. At the time the alleged threat was made by Defendant Murray, the court was "in recess." The undersigned had already left the courtroom and did not personally hear what transpired. Therefore, the undersigned could not be a witness with respect to the alleged threat made by Defendant Murray. However, because the court reporter and courtroom deputy assigned to the undersigned's courtroom may be material witnesses, pursuant to 28 U.S.C. § 455(a), the motion is GRANTED in that the undersigned recuses herself from this case.

2. That portion of Defendant's motion requesting that this case be reassigned to the Chief Judge is DENIED.

3. It is beyond the authority of the undersigned Judge to decide whether another judge should recuse him or herself. Therefore, that portion of Defendant's motion requesting the other Article III Judges to recuse themselves is DENIED.

IT IS FURTHER ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: October __18__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge